David B. Glazer, Esquire
**GLAZER & LUCIANO, P.C.**
19-21 W. Mt. Pleasant Avenue
Livingston, New Jersey 07039
Tel:  (973)740-9898
Fax:  (973)740-9439
Attorney for Defendant, Wilmer Manyoma
dbglazer@aol.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO.:  10-755(FSH) |
| | | AMENDMENT OF ORDER SETTING CONDITIONS OF RELEASE BY WAY OF CONSENT |
| WILMER MANYOMA | | |
| | : | |

**THIS MATTER** having come before the Court upon joint application of counsel for defendant and the United States, and it appearing that the parties consent to the form and entry of this Order,

IT IS on this   11+h   day of   April   , 2011 ORDERED:

1.   The Order, dated March 8, 2010 which sets forth the conditions of defendant's release, is hereby amended that upon signing of the Order by the Court, defendant, Wilmer Manyoma shall no longer be subject to home detention with  electronic monitoring.

2. The amendment of the Order, however, shall not be deemed a waiver, on the part of the United States, of any other terms and conditions set forth therein.

3. Defendant Wilmer Manyoma remains subject to and must continue to abide by all other terms and conditions of the Order.

THE HONORABLE FAITH S. HOCHBERG
United States District Court Judge

Consent is hereby given to the form and entry of within Order

David B. Glazer, Esquire
Attorney for Defendant
Wilmer Manyoma

David L. Foster, Assistant
United States Attorney

Jennifer Pace, Pretrial
Services Officer